UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| Jose ARMANDO-GARCIA, | Case No.:  26-cv-3821-AGS-SBC |
|---|---|
| Petitioner, | **ORDER GRANTING HABEAS PETITION (ECF 1) AND ORDERING BOND HEARING** |
| v. | |
| Markwayne MULLIN, et al., | |
| Respondents. | |

Petitioner Jose Armando-Garcia seeks a writ of habeas corpus under 28 U.S.C. § 2241 challenging his immigration detention. Respondents "do not oppose an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." (ECF 6, at 2.) The Court thus **GRANTS** the petition and orders that petitioner receive such a bond hearing by July 24, 2026, unless petitioner requests a continuance. All pending deadlines and hearings are vacated. The Clerk's Office is directed to issue a judgment and close this case.

Dated:  July 10, 2026

_____

Hon. Andrew G. Schopler
United States District Judge